

## Form A

**Plaintiff or Filing Attorney Information:**

Name _Mr. Stacy Smith_

NJ Attorney ID Number _____

Address _109 Hamilton St. Apt 307_
_Newark N.J 07105_

Telephone Number _551-235-5652_

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2019 MAR 20  A 10: 38

---

_Stacy Smith_, Plaintiff,

v.

_The Newark Board of Education_,

_____, Defendant(s).

**Superior Court of New Jersey**
_____ Division _____ County
_____ Part
Docket No: _____
(to be filled in by the court)

**Civil Action**

**Complaint**

---

Plaintiff, _Stacy Smith_ (your name), residing at _109 Hamilton St. Apt 307_ (your address), City of _Newark_ (your city or town), County of _Essex_ (your county).

State Of New Jersey, complaining of defendant, states as follows:

1. On _April 23_, 20_18_, _The Newark Board of Education_ (name of person being sued), Defendant

   (Summarize what happened that resulted in your claim against the defendant. Use additional pages if necessary.)

   _I was discriminated because disability and retaliation._
   _See the attached EEOC letter and packet_

   The defendant in this action resides at _765 Board St, Newark_ (defendant's address),
   In the County of _Essex_ (name of county where defendant lives), State of New Jersey.

2. Plaintiff is entitled to relief from defendant under the above facts.

## Form A

3. The harm that occurred as a result of defendant's acts include: (list each item of damage and injury)

    1. This action left me permantly disabled.

    2. 

    3. 

Wherefore, plaintiff requests judgment against defendant for damages, together with attorney's fees, if applicable, costs of suit, and any other relief as the court may deem proper.

Dated: 3/19/2019            Signature: *Stacy Smith*

### CERTIFICATION OF NO OTHER ACTIONS

I certify that the dispute about which I am suing is not the subject of any other action pending in any other court or a pending arbitration proceeding to the best of my knowledge and belief. Also, to the best of my knowledge and belief no other action or arbitration proceeding is contemplated. Further, other than the parties set forth in this complaint, I know of no other parties that should be made a part of this lawsuit. In addition, I recognize my continuing obligation to file and serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

Dated: 3/19/2019            Signature: *Stacy Smith*

**OPTIONAL:** If you would like to have a judge decide your case, do not include the following paragraph in your complaint. If you would prefer to have a jury to decide your case, please sign your name after the following paragraph.

### JURY DEMAND

The plaintiff demands trial by a jury on all of the triable issues of this complaint, pursuant to New Jersey Court *Rules* 1:8-2(b) and 4:35-1(a).

Dated: 3/19/2019            Signature: *Stacy Smith*